# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LINDA A. RANDALL  
4364 LARKSPUR LANE  
LAKE IN THE HILLS, IL  60156  

SSN-xxx-xx-2508

Case Number: 05-75550

Case filed on: 10/4/2005  
Plan Confirmed on: 2/28/2006  

D Dismissed

Total funds received and disbursed pursuant to the plan: $16,657.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY SCOTT A BENTLEY | 1,750.00 | 1,750.00 | 1,750.00 | 0.00 |
| | Total Legal | 1,750.00 | 1,750.00 | 1,750.00 | 0.00 |
| 005 | HOUSEHOLD | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MANN BRACKEN, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | WOLPOFF & ABRAMSON, L.L.P. | 0.00 | 0.00 | 0.00 | 0.00 |
| 202 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | LINDA A. RANDALL | 0.00 | 0.00 | 498.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 498.00 | 0.00 |
| 002 | WELLS FARGO HOME MORTGAGE INC | 102,985.32 | 0.00 | 0.00 | 0.00 |
| 014 | WELLS FARGO HOME MORTGAGE INC | 443.93 | 443.93 | 443.93 | 0.00 |
| | Total Secured | 103,429.25 | 443.93 | 443.93 | 0.00 |
| 001 | GMAC | 7,608.00 | 7,608.00 | 2,318.51 | 819.54 |
| 003 | CHASE BANK USA NA | 2,119.88 | 2,119.88 | 644.31 | 231.09 |
| 004 | GE MONEY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | HUNTLEY DENTAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 2,773.06 | 2,773.06 | 842.81 | 302.34 |
| 008 | KOHL'S DEPARTMENT STORE | 932.39 | 932.39 | 284.53 | 99.77 |
| 010 | MHS PHYSICIANS SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 5,606.26 | 5,606.26 | 1,703.90 | 611.23 |
| 013 | WELLS FARGO CARD SERVICES | 12,290.67 | 12,290.67 | 3,735.24 | 1,340.37 |
| | Total Unsecured | 31,330.26 | 31,330.26 | 9,529.30 | 3,404.34 |
| | Grand Total: | 136,509.51 | 33,524.19 | 12,221.23 | 3,404.34 |

Total Paid Claimant:   $15,625.57  
Trustee Allowance:    $1,031.43  
Percent Paid Unsecured:   30.42  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  12/30/2008            By   /s/Heather M. Fagan